**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6511**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

ROBERT MOSES WILKERSON,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.  (5:96-cr-00167-H-1)

Submitted:  June 23, 2016        Decided:  June 29, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Moses Wilkerson, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Moses Wilkerson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the Sentencing Guidelines, as well as its order denying Wilkerson's motion for reconsideration. We have reviewed the record and agree with the district court that Amendment 782 did not alter Wilkerson's Guidelines range on his narcotics conviction. Thus, we affirm the district court's order denying § 3582(c)(2) relief. See United States v. Wilkerson, No. 5:96-cr-00167-H-1 (E.D.N.C. Jan. 14, 2016).

In addition, the district court lacked authority to reconsider its order denying Wilkerson's § 3582(c)(2) motion. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010). Accordingly, we also affirm the district court's order denying Wilkerson's motion for reconsideration. See United States v. Wilkerson, No. 5:96-cr-00167-H-1 (E.D.N.C. Mar. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED

2